IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARVIN JERELDS,

    Plaintiff,

vs.                                  CASE NO. 1:07cv168-MP/AK

BRIAN MANUCY,

    Defendant.

_____/

O R D E R

    Presently before the Court is Plaintiff's Motion for Reconsideration of the Court's previous order requiring an initial partial payment of the filing fee. Plaintiff's Motion (doc. 6) is **GRANTED**, and upon reconsideration, the Court finds that the Order granting leave to proceed (doc. 5) should be **VACATED**. It has come to the court's attention that Plaintiff has had three strikes assessed against him and he should not have been granted leave to proceed in forma pauperis. Dismissal of this lawsuit has been recommended to the district judge.

    **DONE AND ORDERED** this __23rd__ day of October, 2007.

                                          *s/ A. KORNBLUM*
                                          ALLAN KORNBLUM
                                          UNITED STATES MAGISTRATE JUDGE